FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

2012 NOV 29 P 4: 23

CLERK US DISTRICT COURT
RICHMOND, VIRGINIA

| | |
|---|---|
| RACETIME INVESTMENTS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:12CV860 |
| | ) |
| ROBERT J. MOSER, | ) |
| | ) |
| ROBERT C. MORGAN, | ) |
| | ) |
| MORGAN RV RESORTS, LLC, | ) |
| | ) |
| and | ) |
| | ) |
| RACETIME RV RESORTS, LLC, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION

Defendants, Robert J. Moser ("Mr. Moser"), Robert C. Morgan ("Mr. Morgan"), Morgan RV Resorts, LLC ("Morgan RV"), and Racetime RV Resorts, LLC ("Racetime RV") (collectively, "Defendants"), pursuant to 28 U.S.C. §§ 1441 and 1446, file this Notice of Removal of Civil Action to remove this action from the Circuit Court of the County of Spotsylvania (the "Circuit Court") to this Court on the following grounds:

### STATE COURT PLEADINGS

1. On or about August 29, 2012, Racetime Investments, LLC ("Plaintiff") filed a Complaint against Defendants in the Circuit Court. The Complaint asserts five separate counts, including both derivative claims and individual claims, which stem from a joint venture between Plaintiff and an LLC indirectly owned by Defendants Mr. Morgan and Mr. Moser.

2. In accordance with 28 U.S.C. § 1446(a), a copy of the Summons and Complaint served on Defendants and filed with the Circuit Court in Case No. CL12-894 is attached as Exhibit A. A copy of the responsive pleadings filed in Circuit Court on behalf of Defendants is attached as Exhibit B.

## SERVICE OF PROCESS

3. Pursuant to an agreement between counsel for Plaintiff and Defendants, counsel for Defendants accepted service of the Complaint on behalf of all Defendants, effective on November 1, 2012, and that Defendants' responsive pleadings would be due on or before November 30, 2012.

## BASIS FOR REMOVAL

4. Pursuant to 28 U.S.C. § 1446(b), Defendants are filing this Notice of Removal within thirty days of service of Plaintiff's Complaint.

5. This Court has original jurisdiction over this claim pursuant to 28 U.S.C. § 1332(a)(1) in that the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship between the parties because:

    a. Plaintiff is a citizen of Delaware. (Compl. ¶ 3.)

    b. Defendant Mr. Moser is a citizen of New York.

    c. Defendant Mr. Morgan is a citizen of New York.

    d. As a limited liability company, Defendant Morgan RV is a citizen of every state in which each member of the limited liability company has citizenship. Morgan RV's members are ultimately citizens of both New York and Pennsylvania. As such, Morgan RV is a citizen of New York and Pennsylvania.

  e. Because Defendant Racetime RV is merely a nominal defendant (Compl. at 2 n.1.) and because the actual controversy set forth in the Complaint is between citizens of different states, the citizenship of Defendant Racetime RV is disregarded for the purposes of diversity.

6. Removal of this action is proper pursuant to 28 U.S.C. § 1441(b).

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2).

WHEREFORE, Defendants, by counsel, hereby give notice pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446 of the removal of this action from the Circuit Court of the County of Spotsylvania, Virginia.

      ROBERT J. MOSER, ROBERT C. MORGAN,
      MORGAN RV RESORTS, LLC, AND
      RACETIME RV RESORTS, LLC,

By: _____
    Turner A. Broughton (VSB #42627)
    W. Benjamin Pace (VSB #48633)
    Andrew O. Mathews (VSB #77038)
    WILLIAMS MULLEN
    A Professional Corporation
    200 South 10th Street
    P. O. Box 1320
    Richmond, Virginia 23218-1320
    804.420.6000
    804.420.6507 (fax)
    tbroughton@williamsmullen.com
    wpace@williamsmullen.com
    amathews@williamsmullen.com

## **CERTIFICATE**

I hereby acknowledge that on this 29th day of November, 2012, a copy of the foregoing Notice of Removal was mailed, postage prepaid to:

> Mark S. Gardner
> Gardner, Maupin, Sutton & Haney, P.C.
> P.O. Box 129
> Apotsylvania, Virginia 22553
> Phone: 540-582-6333
> Fax: 540-582-2134
>
> Thomas M. Wood, IV
> Brian M. Boyle
> Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
> One South Street, 27th Floor
> Baltimore, Maryland 21202
> Phone: 410-332-8523
>
> *Counsel for Plaintiff*

_____
Turner A. Broughton (VSB #42627)
W. Benjamin Pace (VSB #48633)
Andrew O. Mathews (VSB #77038)
WILLIAMS MULLEN
A Professional Corporation
200 South 10th Street
P. O. Box 1320
Richmond, Virginia 23218-1320
804.420.6000
804.420.6507 (fax)
tbroughton@williamsmullen.com
wpace@williamsmullen.com
amathews@williamsmullen.com

19839066_1