Wagon Wheel Recreation Destination   EXHIBIT B   Page 1 of 4







**NOTE: BUENA VISTA RECREATION DESTINATION IS NOW OPEN.**

Home   Explore Our Parks   Affiliated Resorts   Current Offers   Book Now!   Rallies & Events   Vacation Club   Become A Seasonal   About Us



## Wagon Wheel Recreation Destination

**Park Info:**

Location:
3 Old Orchard Rd, Old Orchard Beach, ME - 04064

Mailing Address
(Please send all mail to):
Morgan RV Resorts
63 Putnam Street,
Saratoga Springs,
New York 12866

Reservations:
866-617-8464

Phone:
207-934-2160

Clear 75 °F
Humidity: 66%
Wind: S at 5 mph



Welcome To Wagon Wheel Recreation Destination



Nestled amongst wooded pine groves, this campground offers excellent amenities and convenience. Bring your RV and enjoy any of our full hook-up sites or stay in one of our new charming fireplace cottages! Explore countless nearby attractions and all of our amenities. After a day at the pristine, white sandy beach, take a dip in one of our swimming pools. We also have planned activities and all new themed weekends for families and guests of all ages. Don't forget our giant screen featuring live NASCAR races, sporting events and evening movies!

Social sharing

back to top







PREFERRED BUSINESSES   2012 RATES   PHOTO GALLERY   AMENITIES   AREA ATTRACTIONS   DIRECTIONS   PARK MAP   2012 THEMED WEEKENDS

**Wagon Wheel Recreation Destination - Preferred Businesses**

Wagon Wheel RV Resort – a Part of NASCAR RV Resorts, recommends the following local services and businesses during your stay:

**SHED HAPPENS || SHEDS, GAZEBOS, SPECIALTY BUILDINGS & SPAS**



Wild Acres Recreation Destination                                    Page 1 of 4

         

Home   Explore Our Parks   Affiliated Resorts   Current Offers   Book Now!   Rallies & Events   Vacation Club   Become A Seasonal   About Us



## Wild Acres Recreation Destination

**Park Info:**

Location:
179 Saco Ave., Old Orchard
Beach, ME - 04064

Mailing Address
(Please send all mail to):
Morgan RV Resorts
63 Putnam Street,
Saratoga Springs,
New York 12866

Reservations:
866-617-8464

Phone:
207-934-2535

Clear 75 °F
Humidity: 06%
Wind: S at 5 mph 









Welcome to Wild Acres Recreation Destination

 Hook up your RV, rent one of our new charming fireplace cottages or put up a tent at our resort, just 2/10th of a mile from the softest, sandy beach on the coast of Maine. Choose from 75 acres of sunny, shady or grassy sites at the closest campground to the seven mile, historic Old Orchard Beach! You can soak up the warm sun and cool, ocean breezes at the beach or try your luck in our stocked fishing pond. Walk our nature trails through the woods or enjoy our heated pools, Jacuzzis, playgrounds, sports facilities, miniature golf and so much more. We also have planned activities and all new themed weekends for families and guests of all ages! And don't forget our giant screen featuring five NASCAR races, sporting events and evening movies!

Park opening date: May 1, 2012

Social sharing

back to top

PREFERRED BUSINESSES   2012 RATES   PHOTO GALLERY   AMENITIES   AREA ATTRACTIONS   DIRECTIONS   PARK MAP   CALENDAR   2012 THEMED WEEKENDS

**Wild Acres Recreation Destination - Preferred Businesses**

Wild Acres RV Resort – a Part of NASCAR RV Resorts, recommends the following local services and businesses during your stay:

SHED HAPPENS || SHEDS, GAZEBOS, SPECIALTY BUILDINGS & SPAS



Shed Happens
711 Roosevelt Trail
Windham, ME 04064

http://morganrvresorts.com/omkara/index.php?option=com_k2&view=item&layout=item...   8/17/2012

  

NOTE: BUENA VISTA RECREATION DESTINATION IS NOW OPEN.

Home   Explore Our Parks   Affiliated Resorts   Current Offers   Book Now!   Rallies & Events   Vacation Club   Become A Seasonal   About Us



## Lake Michigan Recreation Destination

**Park Info:**

Location:
10990 US 31 North,
Grand Haven,
Michigan-49417

Mailing Address
(Please send all mail to):
Morgan RV Resorts
63 Putnam Street,
Saratoga Springs,
New York 12866

Reservations:
866-617-8464

Phone:
616-842-9395









Welcome to Lake Michigan Recreation Destination



Discover a camper's paradise near the shores of Lake Michigan. Large, wooded campsites offer plenty of space and flexibility. Put up a tent, bring your RV or rent one of our fully furnished cabin rentals that are able to accommodate up to eight guests. Our shady sites, adorable cabins and cozy cottages create a comfortable home away from home. Lake Michigan RV Resort also offers several amenities, including a large, heated pool, indoor arcade, miniature golf, go-kart track and plenty of planned activities during our themed weekends. We also feature live NASCAR races, sports programming and movies on our giant screen! Venturing outside the resort? Beautiful Grand Haven is home to eight public beaches and endless opportunities for fun and exploration. Historic downtown Grand Haven offers a trolley ride, as well as shopping, art galleries and wonderful restaurants. Don't forget to also enjoy a leisurely stroll on the sandy beach!

Park opening date: May 1, 2012

Social sharing

back to top

PREFERRED BUSINESSES   AMENITIES   PHOTO GALLERY   2012 RATES   AREA ATTRACTIONS   DIRECTIONS   2012 THEMED WEEKENDS   PARK MAP

Lake Michigan Recreation Destination - Preferred Businesses

Lake Michigan Recreation Destination – a Part of NASCAR RV Resorts, recommends the following local services and businesses during your stay:

MANCINO'S PIZZA & GRINDERS [] PIZZA DELIVERY



Mancino's Pizza & Grinders
13040 US Highway 31, #F
Grand Haven, MI 49417

Stonebridge Recreation Destination                                                    Page 1 of 3

     

**NOTE: BUENA VISTA RECREATION DESTINATION IS NOW OPEN.**

Home   Explore Our Parks   Affiliated Resorts   Current Offers   Book Now!   Rallies & Events   Vacation Club   Become A Seasonal   About Us



## Stonebridge Recreation Destination

**Park Info:**
Location:
1786 Soco Rd Highway 19,
Maggie Valley, NC 28751

Mailing Address
(Please send all mail to):
Morgan RV Resorts
63 Putnam Street,
Saratoga Springs,
New York 12866

Reservations:
866-617-8464

Phone:
828-926-1904

Cloudy 70 °F
Humidity: 68%
Wind: N at 0 mph








Welcome to Stonebridge Recreation Destination



Whether you're staying in one of our preferred creek-side campsites or renting one of our charming cabins, you can experience North Carolina camping at its finest when you stay at Stonebridge RV Resort. Featuring 30 beautiful acres, our resort not only offers a picturesque location, but also endless amenities. Discover our fully stocked creek, perfect for fishing and tubing. Our on-site NASCAR rally field provides horseshoes, basketball, volleyball, shuffleboard and an outdoor screen featuring live NASCAR races, sports programming and movies for our guests to enjoy! Don't forget to take advantage of our all new themed weekends and planned activities for the entire family to enjoy.

If you plan to venture out of our resort, Blue Ridge Parkway is an extraordinary mountain drive with views of clear streams, waterfalls and amazing vistas. You'll find countless attractions including casinos, theme parks and golfing AND you are just 30 miles from Asheville, home to the famous Biltmore Estate!

Park opening date: April 1, 2012

Social sharing

back to top

2012 RATES   PHOTO GALLERY   AMENITIES   AREA ATTRACTIONS   DIRECTIONS   PARK MAP   2012 THEMED WEEKENDS

NASCAR RV Resorts at Stonebridge - 2012 Rates

Make your reservation today! || Call 1-866-617-8464, open 24 hours a day.

Mays Landing Recreation Destination	Page 1 of 3

     

NOTE: BUENA VISTA RECREATION DESTINATION IS NOW OPEN.

Home    Explore Our Parks    Affiliated Resorts    Current Offers    Book Now!    Rallies & Events    Vacation Club    Become A Seasonal    About Us



## Mays Landing Recreation Destination

**Park Info:**

Location:
1079 12th Ave., Mays
Landing, NJ - 08330

Mailing Address
(Please send all mail to):
Morgan RV Resorts
63 Putnam Street,
Saratoga Springs,
New York 12866

Reservations:
866-617-8464

Phone:
609-476-2811



Welcome To Mays Landing Recreation Destination







Mays Landing offers outstanding accommodations for every guest, right in the heart of Southern New Jersey. With our traditional tent campsites, full hook-up sites, log cabins and travel trailer rentals, you can experience classic camping at its best. Our resort also features a large swimming pool, private fishing pond, playground, all new themed weekend activities for the whole family and our giant screen featuring live NASCAR races, sports programming and movies! If you are looking to venture outside of our resort, non-stop action is just minutes away in Atlantic City with casinos, dining, nightlife, beaches and more. The charming town of Cape May also offers delightful sightseeing and family friendly attractions, including Storybook Land and the New Jersey Children's Museum to round out a perfect Garden State vacation.

Social sharing

back to top

2012 RATES    PHOTO GALLERY    AMENITIES    AREA ATTRACTIONS    DIRECTIONS    PARK MAP    2012 THEMED WEEKENDS

Mays Landing Recreation Destination - 2012 Rates

Make your reservation today! || Call 1-866-617-8464, open 24 hours a day.

      

IDEAL COTTAGE RESORTS

| Site Description | In Season [Jun 25TH - Aug 29TH] | | Off Season [April 1ST - Jun 24TH & Aug 30TH - Oct 31ST] | | Holiday Weekends |
|---|---|---|---|---|---|
|  | Daily | Weekly | Daily | Weekly | Holiday |
| No Hookup | $37 | $259 | $30 | $211 | $45 |
| Water & Electric | $53 | $360 | $42 | $297 | $63 |

   

**NOTE: BUENA VISTA RECREATION DESTINATION IS NOW OPEN.**

Home   Explore Our Parks   Affiliated Resorts   Current Offers   Book Now!   Rallies & Events   Vacation Club   Become A Seasonal   About Us



## Adirondack Gateway Recreation Destination

**Park Info:**
Location:
427 Fortsville Rd.,
Gansevoort, NY 12831

Mailing Address
(Please send all mail to):
Morgan RV Resorts
63 Putnam Street,
Saratoga Springs,
New York 12866

Reservations:
866-617-8464

Phone:
518-792-0485

Clear 70 °F
Humidity: 78%
Wind: S at 0 mph











Welcome to Adirondack Gateway Recreation Destination

Discover the beauty of the southern Adirondacks when you visit one of the region's finest camping resorts. Enjoy a full range of accommodations including wooded tent sites, full hook-up RV sites, rustic cabins and beautiful vacation cottages. Relax and enjoy the natural setting or outdoor activities such as fishing, swimming, sunning and biking. With a children's playground, brand new themed weekends and activities and our NASCAR rally field featuring live NASCAR races, sports programming and movies, Adirondack Gateway has it all! Our beautiful resort is also just minutes from Saratoga Springs where you'll find fantastic shopping opportunities and the ever-popular Saratoga Race Track. Within a short drive you'll also be able to explore the Lake George region, known for its outlet shopping, steamboat cruises and amusement parks!



Social sharing

back to top

PREFERRED BUSINESSES   2012 RATES   PHOTO GALLERY   AMENITIES   AREA ATTRACTIONS   DIRECTIONS   PARK MAP   2012 THEMED WEEKENDS

**Adirondack Gateway Recreation Destination - Preferred Businesses**

Adirondack Gateway RV Resort – a Part of NASCAR RV Resorts, recommends the following local services and businesses during your stay:

S&S MOBILE RV REPAIR, INC. || RV & MOTORHOME REPAIR SERVICES

S&S MOBILE RV REPAIR, Inc.
11 Circle Drive
Gansevoort, NY 12831
Phone: (518) 793-1533

Indian Creek Recreation Destination                                             Page 1 of 3

   

**NOTE: BUENA VISTA RECREATION DESTINATION IS NOW OPEN.**

Home    Explore Our Parks    Affiliated Resorts    Current Offers    Book Now!    Rallies & Events    Vacation Club    Become A Seasonal    About Us



## Indian Creek Recreation Destination

**Park Info:**
Location:
4710 Lake Road East,
Geneva on the Lake,
OH - 44041

Mailing Address
(Please send all mail to):
Morgan RV Resorts
63 Putnam Street,
Saratoga Springs,
New York 12866

Reservations:
866-617-8464

Phone:
440-466-8191

Cloudy 67 °F
Humidity: 84%
Wind: N at 0 mph

Welcome to Indian Creek Recreation Destination

 Come join us at one of Woodall's 5W rated resorts and enjoy 110 acres of beautiful grounds, well-kept with pride. Our friendly camping resort has something for everyone: go fishing in our stocked, scenic lake, swim in one of our heated pools, play a game of miniature golf or participate in any of our planned activities during our themed weekends suited for guests of all ages! Pull your RV into one of our sites complete with full hookups, cable TV and fire rings or put up your tent in one of our spacious primitive sites and stay as long as you like. Don't forget to join us for live NASCAR races, sports programming and nightly movies on our giant screen in our rally field!

Park opening date: May 1, 2012

Social sharing

back to top






2012 RATES    PHOTO GALLERY    AMENITIES    AREA ATTRACTIONS    DIRECTIONS    PARK MAP    2012 THEMED WEEKENDS

Indian Creek Recreation Destination - 2012 Rates

Make your reservation today! || Call 1-866-617-8464, open 24 hours a day.

  IDEAL COTTAGE RESORTS   

| Site Description | In Season May 28TH - Sept 6TH | | Off Season May 1ST - May 27TH & Sept7TH - Oct 15TH | | Holiday Weekends |
|---|---|---|---|---|---|
| | Daily | Weekly | Daily | Weekly | Daily |
| Water & Electric | $42 | $297 | $30 | $211 | $50 |

http://www.morganrvresorts.com/omkara/index.php?option=com_k2&view=item&layout=...  8/17/2012

     

NOTE: BUENA VISTA RECREATION DESTINATION IS NOW OPEN.

Home    Explore Our Parks    Affiliated Resorts    Current Offers    Book Now!    Rallies & Events    Vacation Club    Become A Seasonal    About Us

Clear 75°F
Humidity: 66%
Wind: SW at 4 mph

## Endless Caverns Recreation Destination



**Park Info:**
Location:
1800 Endless Caverns Rd., New Market, VA - 22844

Mailing Address
(Please send all mail to):
Morgan RV Resorts
63 Putnam Street,
Saratoga Springs,
New York 12866

Reservations:
866-617-8464











### Welcome to Endless Caverns Recreation Destination

Located at the foot of the Massanutten Mountain range, Endless Caverns Recreation Destination is a nature lover's dream. Our shaded resort offers breathtaking views of Mother Nature's artwork above ground as well as below. ..explore the rustic beauty of our below ground adventure as you enjoy a guided tour of our magnificent cave. Our below ground adventure has been thrilling visitors since 1879 as one of America's true underground treasures.

Social sharing

back to top

2012 RATES    AMENITIES    DIRECTIONS    PARK MAP    2012 THEMED WEEKENDS    AREA ATTRACTIONS    PHOTO GALLERY

Endless Caverns Recreation Destination - 2012 Rates

Make your reservation today! || Call 1-866-617-8464, open 24 hours a day.

  

IDEAL
COTTAGE RESORTS

| RV Site Description | In Season Jun 25TH - Sep 4TH | | Off Season Apr 1ST - Jun 24TH & Sep 5TH - Nov 15TH | | Holiday Weekends |
| --- | --- | --- | --- | --- | --- |
|  | Daily | Weekly | Daily | Weekly | Holiday |
| Full Hookup - Back In | $47 $40 | $332 | $37 | $261 | $58 |

     

NOTE: BUENA VISTA RECREATION DESTINATION IS NOW OPEN.

Home    Explore Our Parks    Affiliated Resorts    Current Offers    Book Now!    Rallies & Events    Vacation Club    Become A Seasonal    About Us



## Westward Ho Recreation Destination

**Park Info:**
Location:
N5456 Division Rd.,
Glenbeulah WI 53023

Mailing Address
(Please send all mail to):
Morgan RV Resorts
63 Putnam Street
Saratoga Springs,
New York 12866

Reservations:
866-617-8464

Phone:
920-526-3407


Cloudy 63 °F
Humidity: 68%
Wind: NW at 8 mph



### Welcome To Westward Ho Recreation Destination

Experience camping at its best when you visit Westward Ho Recreation Destination, conveniently situated on 103 acres of scenic landscape just waiting to be explored. Whether you're looking to bring your RV, set up a tent, or vacation in one of our cozy cabins, we offer accommodations for everyone. Find out why we were awarded Woodall's 5 star rating for Recreation when you take a dip in one of our three heated swimming pools, try your luck in the fishing pond or enjoy a game of miniature golf! Don't forget to check out our big screen featuring live NASCAR races, sports programming and movies. New this year, we are also introducing our themed weekends and activities, perfect for guests of all ages. If you're looking to venture outside of the resort, Westward Ho is located just minutes from popular Wisconsin attractions such as the historic Wade House, Ice Age Reserve and Road America.

Social sharing





back to top

2012 RATES    PHOTO GALLERY    AMENITIES    AREA ATTRACTIONS    PARK MAP    2012 THEMED WEEKENDS

**NASCAR RV Resorts at Westward Ho - 2012 Rates**

Make your reservation today! || Call 1-866-617-8464, open 24 hours a day.

      

In-Season: May 24th - Sept 4th
Off-Season: April 15 to May 23rd & Sept 5th to Oct 15th

Indiana Beach Recreation Destination                                                                 Page 1 of 4

     

**NOTE: BUENA VISTA RECREATION DESTINATION IS NOW OPEN.**

Home    Explore Our Parks    Affiliated Resorts    Current Offers    Book Now!    Rallies & Events    Vacation Club    Become A Seasonal    About Us

 **Indiana Beach Recreation Destination**



Park Info:
Location:
5224 E. Indiana
Beach, Monticello, IN -
47960

Mailing Address
(Please send all mail to):
Morgan RV Resorts
63 Putnam Street,
Saratoga Springs,
New York 12866

Reservations:
866-617-8464

Phone:
574-583-4141

Clear 64 °F
Humidity: 78%
Wind: NW at 8 mph







Welcome To Indiana Beach Recreation Destination

Whether you stay on site at Indiana Beach Recreation Destination, or enjoy the excitement of our nearby Indiana Beach Amusement Resort, our park offers something for everyone! We have several accommodations ranging from tent sites, RV sites or rustic cabin rentals. Enjoy the convenience of camping or docking your boat just a free tram ride away from the amusement park. Also benefit from our resort's on-site amenities such as our Fun Center with miniature golf and mountain water works and planned activities during our themed weekends! Come visit us for an entertaining and carefree family camping vacation!

Park opening date: May 1, 2012



Social sharing

back to top





2012 RATES    PHOTO GALLERY    AREA ATTRACTIONS    DIRECTIONS    PARK MAP    2012 THEMED WEEKENDS :

Indiana Beach Recreation Destination - 2012 Rates

Make your reservation today! || Call 1-866-617-8464, open 24 hours a day.

    IDEAL COTTAGE RESORTS   

http://www.morganrvresorts.com/omkara/index.php?option=com_k2&view=item&layout=...    8/17/2012