**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

RACETIME INVESTMENTS, LLC, )
)
Plaintiff, )
)
v. ) Civil Action No. 3:12CV860-HEH
)
ROBERT J. MOSER, *et al.*, )
)
Defendants. )

**ORDER**
**(Referring Motions to Magistrate Judge for Report and Recommendation)**

THIS MATTER is before the Court on Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction (ECF No. 4) and Defendants' Motions to Dismiss (ECF No. 7) and to Compel Arbitration (ECF No. 9). All three motions were filed on December 6, 2012. Upon due consideration and it appearing appropriate to do so, it is HEREBY ORDERED that each of these motions is REFERRED to Magistrate Judge M. Hannah Lauck for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to Magistrate Judge.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Jan. 4, 2013
Richmond, Virginia