IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RACETIME INVESTMENTS, LLC, )
)
        Plaintiff, )
)
v. ) Civil Action No. 3:12CV860-HEH
)
ROBERT J. MOSER, *et al.*, )
)
        Defendants. )

## ORDER
(Overruling Objections to and Adopting Report and Recommendation)

THIS MATTER is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge (ECF No. 24), as well as Defendants' objections thereto (ECF No. 25). For the reasons set forth in the accompanying Memorandum Opinion, Defendants' objections are OVERRULED, and the R&R is ADOPTED. Accordingly, Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction (ECF No. 4) is GRANTED; the matter is REMANDED to the Circuit Court of the County of Spotsylvania; and Plaintiff's request for costs and attorneys' fees is DENIED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and this Order and to all counsel of record.

This case is CLOSED.

It is so ORDERED.

                                                              /s/
                                        Henry E. Hudson
                                        United States District Judge

Date: March 7, 2013
Richmond, VA